## ALLRED et al. v. STATE. (No. 6285.)

(Court of Criminal Appeals of Texas. May 25, 1921.)

Appeal from Garza County Court; H. G. Smith, Judge.

S. F. Allred and J. N. Atkinson were convicted of the theft of cotton seed, and they appeal. Affirmed.

R. H. Hamilton, Asst. Atty. Gen., for the State.

HAWKINS, J. Conviction was for the theft of cotton seed of less than $50, in value. Punishment was assesssed at a fine of $100 and 15 days in jail against each appellant.

The proceedings upon the trial appear to be regular. No fundamental error is apparent from the record, and, in the absence of a statement of facts and bills of exceptions, the judgment of the trial court will be affirmed.

## FRAZIER v. STATE. (No. 6307.)

(Court of Criminal Appeals of Texas. June 1, 1921.)

Appeal from Criminal District Court, Dallas County; Chas. A. Pippen, Judge.

Lucius Frazier was convicted of assault to rape, and appeals. Affirmed.

C. M. Cureton, Atty. Gen., and C. L. Stone, Asst. Atty. Gen., for the State.

MORROW, P. J. Conviction is for the offense of assault to rape; punishment fixed at confinement in the penitentiary for five years.

The record reveals that the appellant was tried upon an indictment regularly presented and sufficient in form and substance. No bills of exceptions are presented; no statement of facts is before us. We have discovered no fundamental errors.

The judgment is affirmed.

## DAVIS v. STATE. (No. 6267.)

(Court of Criminal Appeals of Texas. June 1, 1921.)

Appeal from District Court, Kaufman County; Joel R. Bond, Judge.

Henry Davis was convicted of aggravated assault, and he appeals. Appeal dismissed.

Wynne & Wynne, of Kaufman, for appellant.
R. H. Hamilton, Asst. Atty. Gen., for the State.

LATTIMORE, J. Appellant was convicted in the district 'court of Kaufman county of aggravated assault, under an indictment charging him with maiming, and his punishment fixed at a fine of $25 and confinement in the county jail for 30 days.

There is before us a request on behalf of appellant for the dismissal of the appeal of this case, which request is hereby granted, and the appeal is accordingly dismissed.